A. BENJAMIN GOLDGAR
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALLANTE CONSTRUCTION, INC. | § | Case No. 08-08186 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/27/2010 in Courtroom 613,
United States Courthouse
219 South Dearborn
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2010          By: Clerk of the Bankruptcy Court
                                     Clerk of the Bankruptcy Court

*PHILIP V. MARTINO
300 NORTH LASALLE STREET
SUITE 4000
CHICAGO, IL 60654*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
ALLANTE CONSTRUCTION, INC. §    Case No. 08-08186
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,897.85 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,897.85 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 1,439.79 | $ 0.00 |
| Attorney for trustee: DLA Piper LLP (US) | $ 4,094.50 | $ 296.33 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: POPOWCER KATTEN, LTD. | $ 903.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 50,401.55  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | Illinois Department of Employment Security | $ 353.31 | $ 1.15 * |
| *000004B* | Internal Revenue Service | $ 4,048.24 | $ 13.19 |
| *000006* | Chicago Regional Council of Carpenters | $ 46,000.00 | $ 149.89 |

* All distributions under $5.00 will be paid to the U.S. Bankruptcy Clerk.

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,824.22  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Reinke Gypsum Interior | $ 2,411.73 | $ 0.00 |
| 000003 | Fox Valley Fire and Safety | $ 2,274.98 | $ 0.00 |
| 000004A | Internal Revenue Service | $ 265.51 | $ 0.00 |
| 000005 | Shamrock Decorating | $ 17,090.00 | $ 0.00 |
| 000007 | New Hampshire Insurance Company | $ 10,782.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Philip V. Martino
                        Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhuley                 Page 1 of 2                   Date Rcvd: Aug 27, 2010
Case: 08-08186                 Form ID: pdf006              Total Noticed: 33

The following entities were noticed by first class mail on Aug 29, 2010.
db           +Allante Construction, Inc.,    12949 So. 78th Ct.,    Palos Heights, IL 60463-1902
aty          +James R Irving,    DLA Piper LLP US,    203 North LaSalle Street,    Chicago, IL 60601-1267
aty          +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
tr            Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
12111588      ACC International,    919 Estes Ct.,    Schaumburg, IL 60193-4436
13072374    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,     c o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701)
12111590     +AIG Specialty Workers Compensation,    American International Group,    P.O. Box 409,
               Parsippany, NJ 07054-0409
12111591     +Bank of America,    P.O. Box 22031,    Greensboro, NC 27420-2031
12111592     +British Petroleum (BP),    P.O. Box 9033,    Carlsbad, CA 92018-9033
12615134     +British Petroleum (BP),    C/O Fleetcor Technologies,    555 E. Airtex Dr.,
               Houston , TX 77073-6099
12111593      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
12492249     +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
               One North LaSalle Street, Suite 1600,    Chicago, IL 60602-3935
12111595     +Dave Soltwisch Plumbing,    422 West Chestnut,    Hinsdale, IL 60521-3278
12111596     +Dawn Cianci,    12949 S. 78th Ct.,    Palos Heights, IL 60463-1902
12111598    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables Management,     1130 Northchase Pkwy.,   Suite #150,
               Marietta, GA 30067)
12111599     +Fox Valley Fire and Safety,    2730 Pinnacle Dr.,    Elgin, IL 60124-7943
12111600     +G-2 Consulting Group LLC,    1866 Woodslee St.,    Troy, MI 48083-2207
12111601     +Hill Mechanical Group,    11045 Gage Av.,    Franklin Park, IL 60131-1437
12111602      Home Depot Credit Services,    P.O. box 689147,    Des Moines, IA 50368-9147
12111604    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,     ATTN: Centralized Insolvency,
               PO Box 21126,    Philadelphia, PA 19114)
12170975     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
12111603     +Illinois Dept Employment Security,    Chicago Region - Revenue,    527 S. Wells Street, Suite 100,
               Chicago, IL 60607-3922
12111605     +Matthew Cianci,    12949 S. 78th Ct.,    Palos Heights, IL 60463-1902
12111607     +Matthew Cianci,    12949 S. 78th St.,    Palos Heights, IL 60463-1902
12111609     +Mulherin, Rehfeldt & Varchetto,    211 S. Wheaton Av.,    Suite #200,    Wheaton, IL 60187-5251
12496710     +New Hampshire Insurance Company,    AIG Bankruptcy Collections,    Michelle A Levitt,
               70 Pine Street 28th Floor,    New York, NY 10270-0002
12111610     +Old Republic Insurance,    445 S. Moorland Rd.,    Suite #301,   Brookfield, WI 53005-4254
12111611     +Phillips and Cohen Assoc. LTD.,    P.O. Box 48458,    Oak Park, MI 48237-6058
12111612     +Reinke Gypsum Interior,    2440 S. Wolf Rd.,   Des Plaines, IL 60018-2604
12111613      Shamrock Decorating,    12757 S. Lacrosse,    Alsip, IL 60803
12111614     +Transworld Systems, Inc.,    25 Northwest Point Blvd.,    Suite 3750,
               Elk Grove Village, IL 60007-1056
The following entities were noticed by electronic transmission on Aug 27, 2010.
12111589      E-mail/Text: bkr@cardworks.com                            Advanta,    P.O. 30715,
               Salt Lake City, UT 84130
12111594      E-mail/Text: dmcanally@whitfield-mcgann.com
               Chicago Regional Council of Carpent,    12 E. Erie St.,   Chicago, IL 60611-2796
                                                                                              TOTAL: 2
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           David J Pivnick
12111608      Matthew Cianci,    See Above Address
aty*          Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
12111597*    +Dawn Cianci,    12949 S. 78th Ct.,    Palos Heights, IL 60463-1902
12111606*    +Matthew Cianci,    12949 S. 78th Ct.,    Palos Heights, IL 60463-1902
                                                                                              TOTALS: 2, * 3, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: lhuley           Page 2 of 2            Date Rcvd: Aug 27, 2010
Case: 08-08186                Form ID: pdf006        Total Noticed: 33
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2010**              **Signature:**   _/s/ Joseph Speetjens_