A. BENJAMIN GOLDGAR
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| ALLANTE CONSTRUCTION, INC. | § | Case No. 08-08186 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 55,175.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 299.56 | Claims Discharged Without Payment: 165,751.91 |
| Total Expenses of Administration: 6,598.62 | |

3) Total gross receipts of $ 6,898.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,898.18 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR *(9/1/2009) (Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,733.62 | 6,598.62 | 6,598.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 47,250.00 | 50,401.55 | 50,401.55 | 299.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 103,080.32 | 32,824.22 | 32,824.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 150,330.32 | $ 89,959.39 | $ 89,824.39 | $ 6,898.18 |

4) This case was originally filed under chapter 7 on 04/04/2008. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2010        By:/s/PHILIP V. MARTINO
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Technology Consulting A/R | 1121-000 | 6,000.00 |
| Corporate Checking Harris Bank | 1129-000 | 895.40 |
| Post-Petition Interest Deposits | 1270-000 | 2.78 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,898.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,439.79 | 1,439.79 | 1,439.79 |
| DLA PIPER LLP (US) | 3210-000 | NA | 4,085.10 | 3,959.50 | 3,959.50 |
| DLA PIPER LLP (US) | 3220-000 | NA | 305.73 | 296.33 | 296.33 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 903.00 | 903.00 | 903.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,733.62 | $ 6,598.62 | $ 6,598.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Old Republic Insurance 445 S. Moorland Rd. Suite #301 Brookfield, WI 53005 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENT | 5400-000 | 46,000.00 | 46,000.00 | 46,000.00 | 273.40 |
| INTERNAL REVENUE SERVICE | 5800-000 | 1,200.00 | 4,048.24 | 4,048.24 | 24.06 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-001 | 50.00 | 353.31 | 353.31 | 2.10 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 47,250.00 | $ 50,401.55 | $ 50,401.55 | $ 299.56 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AIG Specialty Workers Compensation American International Group P.O. Box 409 Parsippany, NJ 07054 | | 0.00 | NA | NA | 0.00 |
| Bank of America P.O. Box 22031 Greensboro, NC 27420 | | 25,200.92 | NA | NA | 0.00 |
| British Petroleum (BP) P.O. Box 9033 Carlsbad, CA 92008-5766 | | 3,491.99 | NA | NA | 0.00 |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | 8,129.49 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dave Soltwisch Plumbing 422 West Chestnut Hinsdale, IL 60521 | | 8,000.00 | NA | NA | 0.00 |
| G-2 Consulting Group LLC 1866 Woodslee St. Troy, MI 48083 | | 2,515.00 | NA | NA | 0.00 |
| Hill Mechanical Group 11045 Gage Av. Franklin Park, IL 60131 | | 3,027.34 | NA | NA | 0.00 |
| Home Depot Credit Services P.O. box 689147 Des Moines, IA 50368-9147 | | 21,587.42 | NA | NA | 0.00 |
| Mulherin, Rehfeldt & Varchetto 211 S. Wheaton Av. Suite #200 Wheaton, IL 60187 | | 873.54 | NA | NA | 0.00 |
| FOX VALLEY FIRE AND SAFETY | 7100-000 | 2,275.00 | 2,274.98 | 2,274.98 | 0.00 |
| INTERNAL REVENUE SERVICE | 7100-000 | NA | 265.51 | 265.51 | 0.00 |
| NEW HAMPSHIRE INSURANCE COMPANY | 7100-000 | 10,358.57 | 10,782.00 | 10,782.00 | 0.00 |
| REINKE GYPSUM INTERIOR | 7100-000 | 531.05 | 2,411.73 | 2,411.73 | 0.00 |
| SHAMROCK DECORATING | 7100-000 | 17,090.00 | 17,090.00 | 17,090.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 103,080.32 | $ 32,824.22 | $ 32,824.22 | $ 0.00 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:    08-08186    ABG    Judge: A. BENJAMIN GOLDGAR
Case Name:  ALLANTE CONSTRUCTION, INC.

Trustee Name:                   PHILIP V. MARTINO
Date Filed (f) or Converted (c): 04/04/08 (f)
341(a) Meeting Date:            05/05/08
Claims Bar Date:                08/07/08

For Period Ending: 11/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Corporate Checking Harris Bank | 895.40 | 895.40 | | 895.40 | FA |
| 2. R. Allen Fox Accounts Receivable | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Technology Consulting A/R | 27,575.00 | 6,000.00 | DA | 6,000.00 | FA |
| 4. High Tech Cabinet A/R | 18,600.00 | 0.00 | DA | 0.00 | FA |
| 5. OFFICE EQUIPMENT | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. MACHINERY AND SUPPLIES | 1,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.78 | Unknown |

TOTALS (Excluding Unknown Values)    $56,070.40    $6,895.40                $6,898.18    $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 06/30/10

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 08-08186 -ABG |
| --- | --- |
| Case Name: | ALLANTE CONSTRUCTION, INC. |
| Taxpayer ID No: | *******7455 |
| For Period Ending: | 11/10/10 |

| Trustee Name: | PHILIP V. MARTINO |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6012 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/06/08 | 1 | Allante Construction | | 1129-000 | 895.40 | | 895.40 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.07 | | 895.47 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.11 | | 895.58 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.11 | | 895.69 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.11 | | 895.80 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.12 | | 895.92 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.09 | | 896.01 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.07 | | 896.08 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 896.13 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 896.14 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 896.15 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 896.16 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 896.18 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 896.20 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 896.22 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 896.24 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 896.26 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 896.28 |
| 10/29/09 | 3 | Technology Consulting | Adversary Settlement | 1121-000 | 6,000.00 | | 6,896.28 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 6,896.30 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,896.47 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,896.65 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,896.82 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,896.98 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,897.16 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,897.33 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,897.50 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,897.68 |

Page Subtotals: 6,897.68   0.00

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 8)  Ver: 15.20

Page: 2
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-08186 -ABG
Case Name: ALLANTE CONSTRUCTION, INC.
Taxpayer ID No: \*\*\*\*\*\*\*7455
For Period Ending: 11/10/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*6012 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,897.85 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,898.03 |
| 09/27/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 6,898.18 |
| 09/27/10 | | Transfer to Acct #\*\*\*\*\*\*0564 | Final Posting Transfer | 9999-000 | | 6,898.18 | 0.00 |
| | | | COLUMN TOTALS | | 6,898.18 | 6,898.18 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,898.18 | |
| | | | Subtotal | | 6,898.18 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,898.18 | 0.00 | |

Page Subtotals  0.50  6,898.18

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 9)  Ver. 15.20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 08-08186 -ABG |
|---|---|
| Case Name: | ALLANTE CONSTRUCTION, INC. |
| Taxpayer ID No: | *******7455 |
| For Period Ending: | 11/10/10 |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******0564 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/27/10 | | Transfer from Acct #*******6012 | Transfer In From MMA Account | 9999-000 | 6,898.18 | | 6,898.18 |
| 09/27/10 | 003001 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,439.79 | 5,458.39 |
| 09/27/10 | 003002 | DLA Piper LLP (US) | Attorney for Trustee Fees (Other Fi Fees       3,959.50 Expenses  296.33 | 3210-000 3220-000 | | 4,255.83 | 1,202.56 1,202.56 1,202.56 |
| 09/27/10 | 003003 | POPOWCER KATTEN, LTD. | Accountant for Trustee Fees (Other | 3410-000 | | 903.00 | 299.56 |
| 09/27/10 | 003004 | Internal Revenue Service ATTN: Centralized Insolvency PO Box 21126 Philadelphia, PA 19114 | Claim 000004B, Payment 0.59433% | 5800-000 | | 24.06 | 275.50 |
| 09/27/10 | 003005 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | Claim 000006, Payment 0.59435% | 5400-000 | | 273.40 | 2.10 |
| 09/27/10 | 003006 | United States Bankruptcy Court IL | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT ITEM #   CLAIM #    DIVIDEND 1    000001    2.10 | | | 2.10 | 0.00 |
| | | | Page Subtotals | | 6,898.18 | 6,898.18 | |

Page: 4
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-08186 -ABG
Case Name: ALLANTE CONSTRUCTION, INC.
Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0564 BofA - Checking Account

Taxpayer ID No: *******7455
For Period Ending: 11/10/10
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,898.18 | 6,898.18 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,898.18 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,898.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,898.18 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********6012 | 6,898.18 | 0.00 | 0.00 |
| BofA - Checking Account - ********0564 | 0.00 | 6,898.18 | 0.00 |
| | 6,898.18 | 6,898.18 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand  0.00 |

Page Subtotals    0.00

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.20